UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL VERNELL YOUNG | CIVIL ACTION |
| VERSUS | NO. 19-13516 |
| JAMES LEBLANC ET AL. | SECTION "T"(2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motions for a temporary restraining order and a preliminary injunction and for summary judgment, Record Doc. Nos. 10 and 27, are **DENIED**; that defendants' motion to dismiss for lack of subject matter jurisdiction and/or for failure to state a claim, Record Doc. No. 34, is **DENIED IN PART** as to subject matter jurisdiction and **GRANTED IN PART** as to failure to state a claim; that defendant LeBlanc's request for summary judgment, Record Doc. No. 26, is **DISMISSED WITHOUT PREJUDICE**; and that plaintiff's complaint as a whole against all defendants is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e) and 42 U.S.C. § 1997e(c)(1), either as legally frivolous, because his claims lack an

arguable basis in law, or under Rule 12(b)(6), or pursuant to <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994).

        New Orleans, Louisiana, this 22nd day of June, 2020.

                      GREG GERARD GUIDRY
                      UNITED STATES DISTRICT JUDGE